UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CARMEN BROWN,**
    Plaintiff,

vs.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,
    Defendant.

Case No. 3:13-cv-01832-HZ

ORDER AWARDING FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

In accordance with the parties' settlement agreement, attorney fees in the amount of $10,750.00 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this 5 day of March, 2015.

_____
MARCO A. HERNANDEZ
United States District Court Judge

Submitted on March 2, 2015 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER AWARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT - 1